No. 63, Misc.   Ross *v.* OHIO.   Supreme Court of Ohio. Certiorari denied.   *George A. Meekison* for petitioner.

No. 64, Misc.   WAGNER *v.* RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 65, Misc.   SPRY *v.* SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 66, Misc.   HURT *v.* BALKCOM, WARDEN.   Supreme Court of Georgia.   Certiorari denied.   Petitioner *pro se. Eugene Cook,* Attorney General of Georgia, and *Robert H. Hall,* Assistant Attorney General, for respondent.

No. 70, Misc.   NOVAK *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 71, Misc.   ROWAN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 72, Misc.   BILOCHE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 73, Misc.   WEBB *v.* ILLINOIS.   Supreme Court of Illinois and Criminal Court of Cook County, Illinois. Certiorari denied.

No. 74, Misc.   MEYER *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 75, Misc.   RODRIGUEZ *v.* NEW YORK.   Supreme Court of New York, Appellate Division, First Department.   Certiorari denied.